IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

WALTER MICHAEL COOPER,

    Movant,

v.                                                 CIVIL ACTION NO. 2:09-1282
                                                      CRIMINAL ACTION NO. 2:06-00046

UNITED STATES OF AMERICA,

    Respondent.

**MEMORANDUM OPINION AND ORDER**

       This action was referred to the Honorable Mary E. Stanley, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court deny Defendant's request for the application of equitable tolling of the statute of limitations and deny Defendant's Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 (Doc. #s 76 and 82) as untimely. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

       Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DENIES** Defendant's request for the application of equitable tolling of the statute of limitations and **DENIES** Defendant's Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 (Doc. #s 76 and 82) as untimely, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

      ENTER:      September 15, 2010

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE